No. 621. KNIGHT *v.* CALIFORNIA. November 10, 1941. Petition for writ of certiorari to the District Court of Appeal, 2d Appellate District, of California, and motion

for leave to proceed further *in forma pauperis,* denied. *Mr. Jack W. Hardy* for petitioner.